1018

No. 93–1283.  CINEL *v.* LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 93–1291.  FLACK *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–1292.  PURIFICATO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.

No. 93–1294.  GIBSON ET AL. *v.* DALLAS COUNTY EDUCATION DISTRICT.  C. A. 5th Cir.  Certiorari denied.

No. 93–1296.  DISTRICT OF COLUMBIA ET AL. *v.* KATTAN, BY HER PARENTS AND NEXT FRIENDS, THOMAS ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 93–1297.  LEBLANC *v.* GREAT AMERICAN INSURANCE CO. C. A. 1st Cir.  Certiorari denied.

No. 93–1298.  HALL ET AL. *v.* MARTIN ET AL.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 93–1299.  SUNDANCE CRUISES CORP. ET AL. *v.* AMERICAN BUREAU OF SHIPPING.  C. A. 2d Cir.  Certiorari denied.

No. 93–1300.  SELLICK EQUIPMENT, INC. *v.* BOUTTE.  C. A. 5th Cir.  Certiorari denied.

No. 93–1302.  BEARD *v.* WEST, SECRETARY OF THE ARMY. C. A. Fed. Cir.  Certiorari denied.

No. 93–1303.  CHICAGO TRUCK DRIVERS, HELPERS & WAREHOUSE WORKERS UNION (INDEPENDENT) PENSION FUND ET AL. *v.* SLOTKY.  C. A. 7th Cir.  Certiorari denied.

No. 93–1306.  CONVERTINO *v.* WRIGHT, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–1308.  CORN *v.* CITY OF LAUDERDALE LAKES.  C. A. 11th Cir.  Certiorari denied.